**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANTOINE GORUM, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01095-MMD-GWF |
| vs. | ) | **ORDER** |
| DETECTIVE CAMPANELLA, JOHN DOE and DETECTIVE ROGERS | ) | Motion to Receive Copy of Complaint (#7) |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion to Receive Copy of Original Complaint (#7), filed on July 30, 2012. Plaintiff requests the Court give her a file-stamped copy of her complaint and any transcripts of hearings, so she can provide it to the appellate court. Plaintiff states that she is currently in protective custody and does not have access to the law library or her materials.

Plaintiff filed her Complaint (#1-1) along with an Application to Proceed in Forma Pauperis (#1) on June 25, 2012. Plaintiff's Application (#1) is still pending before the Court and no hearings have been conducted in this case. Given Plaintiff's circumstances, the Court will grant Plaintiff's request and order a copy of her Complaint (#1-1) be mailed to her. The Court however cautions that any future requests for copies of documents previously submitted to the Court will not be looked upon favorably. Plaintiff should make the necessary arrangements to retain a copy of all documents filed with the Court. Accordingly,

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Receive Copy of Original Complaint (#7) is **granted**.

DATED this 31st day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge