UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE GORUM,<br><br>                               Plaintiff,<br>     v.<br><br>DETECTIVE CAMPANELLA, JOHN DOE and DETECTIVE ROGERS,<br><br>                               Defendants. | Case No. 2:12-cv-01095-MMD-GWF<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY, JR. |

Before this Court is the Report and Recommendation of the United States Magistrate Judge George Foley, Jr. (dkt. no. 9) relating to the screening of Plaintiff's complaint. The Magistrate Judge recommends that Plaintiff's Eighth Amendment claims be dismissed with prejudice. No objection to the Magistrate Judge's Report and Recommendation was filed in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Foley should be accepted and adopted in full.

Accordingly,

IT IS THEREFORE ORDERD that the Report and Recommendation is accepted and adopted. Plaintiff's Eighth Amendment claims are dismissed with prejudice.

DATED THIS 21st day of August 2012.

_____
UNITED STATES DISTRICT JUDGE