# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| ANTOINE GORUM, | Case No. 2:12-cv-01095-APG-GWF |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| DETECTIVE CAMPANELLA, JOHN DOE AND DETECTIVE ROGERS, | |
| Defendants. | |

On August 2, 2012, Magistrate Judge Foley entered his Order stating, in pertinent part: "Plaintiff's Fifth Amendment and Fourteenth Amendment claims are dismissed without prejudice with leave to amend. Plaintiff shall have until August 30, 2012 to file an amended complaint." On August 21, 2012, District Judge Du entered an Order stating that Magistrate Judge Foley's August 2, 1012 "Report and Recommendation is accepted and adopted." Further, Judge Du dismissed Plaintiff's Eighth Amendment claims with prejudice.

To date, Plaintiff has not filed an amended complaint as required in Magistrate Judge Foley's August 2, 2012 Order. Indeed, Plaintiff has filed nothing in this case since July, 2012, nor does it appear that Plaintiff has otherwise attempted to cure the defects in his pleading or prosecute his claims. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED without prejudice.

Dated: May 28, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE